#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### GREENVILLE DIVISION

**LEE SIMMONS, ET UX,**
**PAULA SIMMONS**                                                            **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO.:  4:12-CV-63-GHO-JMV**

**MISSISSIPPI FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                               **DEFENDANTS**

### ORDER

This matter is before the court *sua sponte* following a motion to remand filed by the plaintiffs.  Rule 16(b)(1)(B) of the Uniform Local Rules provides:

> A motion to remand or a motion to refer an action to the bankruptcy court will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions. At the time the remand motion or referral motion is filed, the movant must submit to the magistrate judge an order granting the stay but permitting discovery concerning only the remand or referral issue. The parties must promptly notify the magistrate judge of any order denying a motion to remand or motion to refer and must promptly submit an order lifting the stay.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding discovery relating to the remand issues, shall be and are hereby stayed pending the court's ruling on the Motion to Remand.

IT IS FURTHER ORDERED that should the Motion to Remand be denied, plaintiff's counsel shall contact the court within ten days of the denial to advise of the need to reschedule the Case Management Conference.

SO ORDERED, this, the 27th day of July 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE